RJN
F.#2011R00777

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 2 6 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH LAULETTI,

Defendant.

- - - - - - - - - - - - - - - - - - X

CR 11 400

NOTICE OF MOTION

TOWNES, J.

POLLAK, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
May 19, 2011

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: [signature]
Rachel J. Nash
Assistant U.S. Attorney
(718) 254-6072

cc: Stephen Scaring, Esq.